# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

BOARDS OF TRUSTEES OF THE OHIO
LABORERS' FRINGE BENEFITS
PROGRAMS,

      Plaintiffs,

v.

SOLID ROCK CONSTRUCTION
SOLUTIONS, LLC, *et al.*,

      Defendants,

Case No. 2:16-CV-1196

JUDGE ALGENON L. MARBLEY

Magistrate Judge Jolson

## ORDER

This matter is before the Court for consideration of Plaintiffs', Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs, Motion for Default Judgment ("Motion"), (Doc. 10), and Magistrate Judge Jolson's Report and Recommendation to grant the Motion. (Doc. 11.) Defendants did not object to the Report and Recommendation and have waived their right to a *de novo* review by this Court.

Therefore, based on the analysis conducted by the Magistrate Judge, the Court **ADOPTS and AFFIRMS** the Report and Recommendation, (Doc. 11), **GRANTS** the Motion and **AWARDS** Plaintiffs damages, attorney's fees, and costs from Solid Rock Construction Solutions, LLC, as follows: (a) $14,763.39 for unpaid fringe benefit contributions from October 2016 through January 2017, prejudgment interest, and liquidated damages; and (b) reasonable attorney's fees in the amount of $2,800.00, plus interest from the date of judgment at the rate of one percent (1%) per month. The claims against Defendants Solid Rock Construction Services, LLC and Solid Rock Development Services, LLC are hereby **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

                                                **s/ Algenon L. Marbley**
                                                **ALGENON L. MARBLEY**
                                                **UNITED STATES DISTRICT JUDGE**

**DATED:  October 12, 2017**